ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

JAMES SHINDORF, )
)
    Plaintiff, )
)
v. ) CV 313-018
)
GEORGIA DEPARTMENT OF )
CORRECTIONS, et al., )
)
    Defendants. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted, and this civil action is **CLOSED**.

SO ORDERED this 20th day of May, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE